IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TED HAMILTON,**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #96375**

v.　　　　　　　　No. 4:13-cv-738-DPM-JTK

**CHARLES CONRAD SCHOCK,**　　　　　　　　**DEFENDANT**
Doctor, Wrightsville Unit, ADC

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Hamilton's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014