IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TED HAMILTON,                                                                       PLAINTIFF
ADC #96375

v.                      No. 4:13-cv-738-DPM

CHARLES CONRAD SCHOCK,                            DEFENDANT
Doctor, Wrightsville Unit, ADC

### JUDGMENT

Hamilton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19. June 2014